USA v. Jahraun Malachi Brodhurst
Indictment

IN THE UNITED STATES DISTRICT COURT
FOR THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2015/0032 |
| Plaintiff, | INDICTMENT |
| JAHRAUN MALACHI BRODHURST, | Counts One-Two: Unlawful Mailing of a Firearm (18 U.S.C. § 1715) |
| Defendant. | Criminal Forfeiture Notice: (28 U.S.C. § 2261) |

**Count One**
(Unlawful Mailing of a Firearm)

On or about July 13, 2013, on St. Croix, in the District of the Virgin Islands, the defendant,

**Jahraun Malachi Brodhurst,**

did knowingly deposit for mailing or delivery, and knowingly caused to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any firearm, to wit: a Glock 23 pistol, declared nonmailable,

in violation of Title 18, United states Code, Section 1715.

USA v. Jahraun Malachi Brodhurst
Indictment

### Count Two
(Unlawful Mailing of a Firearm)

On or about May 26, 2014, on St. Croix, in the District of the Virgin Islands, the defendant,

**Jahraun Malachi Brodhurst,**

did knowingly deposit for mailing or delivery, and knowingly caused to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any firearm, to wit: a Springfield Armory, .40 caliber pistol and the lower receiver to an AR-15 assault rifle, declared nonmailable,

in violation of Title 18, United states Code, Section 1715.

## Criminal Forfeiture Notice

Upon conviction of the offense charged in count one of this indictment, defendant **Jahraun Malichi Brodhurst** shall forfeit to the United States of America his interest in the firearms involved in the commission of the offense, specifically the ~~Glock 23 pistol,~~ Springfield Armory, .40 caliber pistol, and the lower receiver to the AR-15 assault rifle.

All pursuant to Title 28, United States Code, Section 2261(c).

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
United States Attorney

By: *[signature]*

RAMI S. BADAWY
Assistant United States Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS: October 27, 2015

Returned into the District Court by Grand Jurors and filed.

*[signature]*

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE